U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 1 4 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.    1:23-CR- 62    (BKS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| RODELL PATTERSON, | ) Violation:    18 U.S.C. § 922(a)(5) |
| | ) [Unlawful Transfer of a |
| | ) Firearm to an Out-of-State |
| | ) Resident] |
| | ) |
| | ) One Count and Forfeiture Allegation |
| | ) |
| Defendant. | ) County of Offense:    Rensselaer |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Unlawful Transfer of a Firearm to an Out-of-State Resident]**

On or about May 22, 2022, in Rensselaer County in the Northern District of New York, and elsewhere, the defendant, **RODELL PATTERSON**, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, willfully transferred, sold, gave, transported, and delivered a firearm, to wit, a Glock 36, .45 caliber, semi-automatic pistol bearing serial number NZF279, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms who the defendant knew and had reasonable cause to believe did not reside in the state in which the defendant resided, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The allegations contained in Count One of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(a)(5), as set forth in Count One of this information, the defendant, **RODELL PATTERSON**, shall forfeit to the United States, pursuant to Title 18, United States Code and Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in and used in the knowing commission of such offenses, including, but not limited to:

    (a)    One (1) Glock 36, .45 caliber, semi-automatic pistol bearing serial number NZF279.

    All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Dated:    February 14, 2023

A TRUE BILL,    *Name redaction

_____

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:    _____
Jonathan S. Reiner
Assistant United States Attorney
Bar Roll No. 702645