IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   1:23-CR-62 (BKS) |
| v. | ) **Superseding Indictment** |
| **RODELL PATTERSON,** | ) Violations: 18 U.S.C. § 922(a)(1) [Dealing in Firearms Without a License] |
| **Defendant.** | ) 18 U.S.C. § 922(a)(5) [Unlawful Transfer of Firearms to an Out-of-State Resident] |
| | ) 18 U.S.C. § 922(d)(1) [Sale or Transfer of Firearms to a Prohibited Person] |
| | ) Three Counts |
| | ) Counties of Offenses:   Rensselaer and Albany |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Dealing in Firearms Without a License]

Between in or about June 2021 and in or about June 2022, in Rensselaer and Albany Counties in the Northern District of New York, and elsewhere, the defendant, **RODELL PATTERSON**, not being a licensed importer, licensed manufacturer, and licensed dealer in firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### COUNT 2
### [Unlawful Transfer of Firearms to an Out-of-State Resident]

On or about May 22, 2022, in Rensselaer County in the Northern District of New York, and elsewhere, the defendant, **RODELL PATTERSON**, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, willfully transferred, sold, gave,

transported, and delivered one or more firearms, to wit, a Glock 36, .45 caliber, semi-automatic pistol bearing serial number NZF279, and a Springfield Armory XD5, .45 caliber semi-automatic pistol bearing serial number HG107117, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms who the defendant knew and had reasonable cause to believe did not reside in the state in which the defendant resided, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 3
### [Sale or Transfer of Firearms to a Prohibited Person]

On or about May 22, 2022, in Rensselaer County in the Northern District of New York, and elsewhere, the defendant, **RODELL PATTERSON**, knowingly sold and otherwise disposed of one or more firearms to a person, to wit, a Glock 36, .45 caliber, semi-automatic pistol bearing serial number NZF279, and a Springfield Armory XD5, .45 caliber semi-automatic pistol bearing serial number HG107117, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime publishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

Dated:   May 23, 2023

A TRUE BILL,

_____
Grand Jury Foreperson   \*\*\*Redacted

CARLA B. FREEDMAN
United States Attorney

By: _____
Jonathan S. Reiner
Assistant United States Attorney
Bar Roll No. 702645

2